UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2012 JUN 22 PM 3:41

__Mrs. Shelbi L. Sellers__

(Name of plaintiff or plaintiffs)

v.    CIVIL ACTION NO. _____

__Estee Lauder__
__Macy's Department Store__

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Shelbi L. Sellers__
   (name of plaintiff)

is a citizen of the United States and resides at __3636 Outland Dr.__
                                                    (street address)

__Memphis__                                                              __TN.__
(city)              (country)                                           (state)

__38118__                           __901) 277-1224__
(zip code)                          (telephone number)

3. Defendant **Estee Lauder (Macy's)**
(defendant's name)
lives at, or its business is located at **4545 Poplar Ave,**
(street address)
**Memphis TN. 38111**

4. Plaintiff sought employment from the defendant or was employed by the defendant at
**4545 Poplar Ave,**
(street address)
**Memphis** / **U.S.** / **TN** / **38118**
(city) / (country) / (state) / (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about

(day) **04**   (month) **07**   (year) **2011**

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about   **02**   **11**   **2011**
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about   **02**   **11**   **2011**
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **204**   **04**   **2012**. (Attach a copy of the notice to this complaint.)
(day) (month) (year)

9. Because of plaintiff's (1) **✓** race, (2) **✓** color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

   (a) ___ failed to employ plaintiff.

   (b) **✓** terminated plaintiff's employment.

   (c) **✓** failed to promote plaintiff.

   (d) ___ _____

10. The circumstances under which defendant discriminated against plaintiff were as follows: After many attempts of gaining a full-time position with Estee Lauder at Macy's, I was denied and looked over only being told that /it (the positions) was not available, application was returned back to me by my supervisor & 2 White American Women were hired instead with no experiace as I was a Senior already maintaining the responsibilities and duties as well as the know how for this position. I was also lured to a stockroom where I was cursed out and harressed by another superior of Estee Lauder of something that was so minute and disturbing soo much so that I had to began to see a Stress Counselor. One of the managers came foward and confessed to me that she was told to harress + get rid of me 2 days before she resigned.

11. The acts set forth in paragraph 9 of this complaint

   (a) ✓ are still being committed by defendant.

   (b) ___ are no longer being committed by defendant.

   (c) ___ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ___ Defendant be directed to employ plaintiff, or

   (b) ___ Defendant be directed to re-employ plaintiff, or

   (c) ___ Defendant be directed to promote plaintiff, or;

   (d) ___ Defendant be directed to a settlement of financial restitution and to reinstate opportunity of employment of the benefits originally requested and applied for.

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-15-08