```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

SHELBI L. SELLERS,                )
    Plaintiff,                    )
v.                                )   No. 2:12-cv-02496-SHL-tmp
                                  )
MACY'S RETAIL HOLDINGS, INC.      )
a/k/a/ ESTEE LAUDER MACY'S        )
DEPARTMENT STORE,                 )
    Defendants.

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 22, 2012, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Order Adopting the Report and Recommendation and Dismissing Complaint (ECF No. 24), filed June 23, 2014, all claims by Plaintiff against Defendant are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

/s/ Sheryl H. Lipman
SHERYL H. LIPMAN
U.S. DISTRICT COURT JUDGE

June 23, 2014
Date